# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JAMIE HARRIS

      Plaintiff

  v.

                                                    Civil Action No.  3:23-cv-73

MERCHANT & MEDICAL CREDIT CORPORATION, INC

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Cristal C Brisco.

DATE: 3/26/2025                              CHANDA J. BERTA, CLERK OF COURT

                                                    by   s/M. Murray_____
                                                    *Signature of Clerk or Deputy Clerk*